**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

RE: Louis Rowen Martin Jr. XXX-XX-7667                           Case No. 10-31677

**AMENDED DIRECTIVE FOR WAGE DEDUCTION**

**PERFORMANCE FOOD GROUP**
**P.O. BOX 29269**
**RICHMOND, VA  23242-9269**
**ATTN: PAYROLL**

The Debtor(s), **Louis Rowen Martin Jr.**, having filed a petition under Chapter 13 of the Bankruptcy Code, thereby having subjected his property and all his future earnings to the jurisdiction of this Court until further notice from this Court; and this Court having assumed exclusive jurisdiction over so much of the Debtor's future earnings as are necessary to fund the Debtor's plan, which funds are not subject to levy or garnishment, except continuing wage withholding orders for current child support; and the Debtor herein having requested the issuance of this Directive to implement his plan; and Section 1325(b) of title 11 of the United States Code providing for the entry of a wage assignment document;

IT IS DIRECTED:

That the above Employer be, and is hereby directed to deduct from Debtor's earnings for payment to fund the debtor's plan, the sum of **$46.15, bi-weekly** beginning **immediately,** and to forward said deduction at least monthly to **ROBERT E. HYMAN, TRUSTEE, P.O. BOX 983, Memphis Tennessee 38101-0983.**

**THE EMPLOYEE-DEBTOR NAME AND ABOVE CASE NUMBER MUST BE ON YOUR PAYMENTS.**

The above employer is hereby enjoined from imposing any form of penalty or disiplinary action against the Debtor because of the issuance and effect of this Directive, the same having been issued to implement the Debtor's voluntary Chapter 13 plan as authorized by the Bankruptcy Code.  Any such employer action is prohibited by section 525 of Title 11 of the United States Code.
THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated: **June 19, 2012**

                              /S/Robert E. Hyman
                              Robert E. Hyman, Trustee
                              Eastern District of Virginia, Richmond Division

**IF ANY INFORMATION IS DESIRED REGARDING THIS DIRECTIVE, CALL THE TRUSTEE'S OFFICE AT 804.775.0979 OR FAX TO 804.775.0986**
*PLEASE NOTIFY THE TRUSTEE'S OFFICE IF AND WHEN THIS DEBTOR LEAVES YOUR EMPLOYMENT*

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor, debtor's counsel and the employer on the date above written.

                              /S/Robert E. Hyman
                              Robert E. Hyman, Trustee